IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

        Plaintiff,

v.

MOLYCHEM, LLC, et al.,

        Defendant.

**Minute Order Entered by Judge Richard P. Matsch:**


s/M. Virginia Wentz
    Secretary


    Plaintiff's counsel Mr. Gregg Anderson having orally advised the Court that the Defendant Molychem LLC's Motion to Compel and Plaintiff's motion for protective order have been resolved, the hearing scheduled for 2:00 p.m. on September 1, 2005, is vacated.

Dated:  September 1, 2005