FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 SEP -2  PM 4: 08

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Case No. 02-CV-0311-RPM-BNB

**CLIMAX MOLYBDENUM COMPANY,**

 Plaintiff,

vs.

**MOLYCHEM, LLC,**

 Defendant,

vs.

**CLIMAX MOLYBDENUM COMPANY and
PHELPS DODGE CORPORATION,**

 Counterclaim Defendants.

---

## ORDER RE: STIPULATION REGARDING RECORD OF INTERNATIONAL TRADE COMMISSION AND DOCUMENTS RELATING TO INTERNATIONAL TRADE COMMISSION LITIGATION

---

The Stipulation Regarding Record of International Trade Commission and Documents Relating to International Trade Commission Litigation having being duly considered,

It is hereby ORDERED:

That the record of the International Commission transferred to this Court on February 2, 2004, and any other deposition testimony or documents produced in the International Trade Commission litigation, Investigation No 377-TA-477, shall be designated CONFIDENTIAL pursuant to the Stipulated Protective Order entered by this Court on August 12, 2005.

Dated this 2nd day of September, 2005.

_____
Richard P. Matsch
United States District Court

den-fs1\177430v01