IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

        Plaintiff,

v.

MOLYCHEM, LLC,

        Defendant,

v.

PHELPS DODGE CORPORATION,

Additional Party on Counterlcaim.

---

ORDER DENYING MOLYCHEM'S FIRST MOTION FOR PROTECTIVE ORDER

---

        Upon consideration of the defendant Molychem, LLC's first motion for protective order, filed September 15, 2006, which fails to allege a sufficient basis for a protective order under Fed. R. Civ. P. 26(c), it is

        ORDERED that the motion is denied.

        DATED: September 19, 2006

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge