**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                October 20, 2006
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 02-cv-00311-RPM

| | |
|---|---|
| CLIMAX MOLYBDENUM COMPANY, | Gregg Anderson |
| a Delaware Corporation, | David Palmer |
| Plaintiff, | |
| v. | |
| MOLYCHEM, LLC., an Illinois Limited Liability Company, | Donald Trinen |
| | Roman Pizarro |
| Defendant, | |
| v. | |
| PHELPS DODGE CORPORATION, | David Palmer |
| Additional Party on Counterclaim. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Motions**

**3:56 p.m.      Court in session.**

Court's preliminary remarks.

Discussion among counsel and Court.

Mr. Trinen states defendant Moychem withdraws its motion [140].

**ORDERED:** Defendant Molychem, LLC's Second Motion for Summary Judgment, filed April 24, 2006 [140], is withdrawn.

**ORDERED:** Climax Molybdenum Company's Motion to Dismiss Count II of Its Second Amended Complaint Under Fed.R.Civ.P. 41(a)(2) and Certification of Compliance with D.C.Colo.L.Civ.R. 7.1(A), filed October 3, 2006 [154] is now considered a motion to dismiss with prejudice is granted upon submission and approval of a proposed order.

October 20, 2006
02-cv-00311-RPM

**ORDERED:** **Defendant / Counterclaimant Molychem, LLC's Motion for Order Pursuant to Fed.R.Civ.P. 8(c) Treating Answers-Pled Defenses as Counterclaims, filed October 10, 2006 [157], is granted.**

Discussion between Mr. Palmer, Mr. Trinen on plaintiff's motion to compel [144].

**ORDERED:** **Mr. Trinen has ten days to submit a supplemental report on claims of damages.**

Mr. Palmer states plaintiff withdraws its motion to compel [144].

**ORDERED:** **Climax Molybdenum Company's Motion to Compel Complete Responses to Climax Corporation's and Phelps Dodge Corporation's Second Set of Requests for Production of Documents to Molychem Under Fed.R.Civ.P. 37(a)(2)(B) and 37(a)(3) and Certification of Communication in Good Faith, filed September 7, 2006 [144], is withdrawn.**

**ORDERED:** **Expert opinion reports may be supplemented if necessary.**

**4:30 p.m.      Court in recess**.

Hearing concluded.  Total time in court: 34 min.