**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-CV-0311-RPM-BNB

**CLIMAX MOLYBDENUM COMPANY,**
a Delaware Corporation,

    **Plaintiff,**

v.

**MOLYCHEM, L.L.C.,**
an Illinois Limited Liability Company,

    **Defendant.**

vs.

**CLIMAX MOLYBDENUM COMPANY and
PHELPS DODGE CORPORATION**,

    **Counterclaim Defendants**.

---

**ORDER DISMISSING COUNT II OF CLIMAX MOLYBDENUM COMPANY'S
SECOND AMENDED COMPLAINT**

---

THE COURT having considered Climax Molybdenum Company's Motion to Dismiss Count II of it's Second Amended Complaint filed on October 3, 2006, statements of counsel made by Climax Molybdenum Company and Molychem, L.L.C. at the hearing on motions on October 20, 2006 and the minute order dated October 23, 2006, it is hereby ORDERED:

Count II of Climax's Second Amended Complaint filed on May 31, 2002, claiming infringement of U.S. Patent No. 6,235,261 for Method of Producing Ammonium Octamolybdate Composition, is hereby dismissed with prejudice, each party to bear its own costs and attorneys'

fees. This procedural dismissal with prejudice of Count II of Climax Molybdenum Company's Second Amended Complaint is not a substantive determination with respect to Count II of the Second Amended Complaint and may not be used as *res judicata,* collateral estoppel, or issue preclusion with respect to any claim or allegation made in the First, Second, Third or Fourth Claims for Relief contained in Molychem L.L.C.'s Answer to Second Amended Complaint or with respect to any claim or allegation made in Count I of Climax Molybdenum Company's Second Amended Complaint, alleging to infringement of U.S. Patent No. 5,985,263 for Ammonium Octamolybdate Composition and Method for Producing the Same.

Dated this 25th day of October, 2006.

s/Richard P. Matsch
_____
Richard P. Matsch,
United States District Court Judge