IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

          Plaintiff,

v.

MOLYCHEM, LLC,

          Defendant,

v.

PHELPS DODGE CORPORATION,

Additional Party on Counterlcaim.

---

### AMENDED ORDER DISMISSING COUNT II OF CLIMAX MOLYBDENUM COMPANY'S SECOND AMENDED COMPLAINT

---

On October 25, 2006, this Court entered an order dismissing Count II of Climax Molybdenum Company's Second Amended Complaint submitted to it by counsel for Climax. On October 26, 2006, Molychem, L.L.C., filed a motion to amend that order to delete from it the provision that "each party to bear its own costs and attorneys' fees."  The motion to amend is well taken and that provision was inadvertently included in the from signed by the Court. Accordingly, it is

ORDERED that the Order Dismissing Count II of Climax Molybdenum Company's Second Amended Complaint entered October 25, 2006, is amended to delete and exclude therefrom the provision that each party to bear its own costs and attorneys' fees.

DATED: October 27, 2006

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge