IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 02-cv-0311-RPM-BNB

**CLIMAX MOLYBDENUM COMPANY,**

Plaintiff,

vs.

**MOLYCHEM, LLC,**

Defendant,

vs.

**PHELPS DODGE CORPORATION,**

Additional Party on Counterclaim.

---

~~PROPOSED~~ ORDER GRANTING MOTION FOR LEAVE
TO TAKE DEPOSITION BEYOND DISCOVERY CUT-OFF

---

UPON CONSIDERATION of defendant Molychem, LLC's Motion for Leave to Take Deposition after the Discovery Cutoff, it is

ORDERED that defendant-counterclaimant Molychem, LLC may take the deposition of Climax employee Jack King on November 29, 2006.

DONE THIS 30th day of October, 2006.

BY THE COURT:

Richard P. Matsch
U.S. District Judge