## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 02-CV-0311-RPM-BNB**

**CLIMAX MOLYBDENUM COMPANY,**
**a Delaware Corporation,**

    **Plaintiff,**

**v.**

**MOLYCHEM, L.L.C.,**
**an Illinois Limited Liability Company,**

    **Defendant.**

**vs.**

**CLIMAX MOLYBDENUM COMPANY and**
**PHELPS DODGE CORPORATION**,

    **Counterclaim Defendants**.

_____

### ORDER
_____

The Motion of Climax Molybdenum Company and Phelps Dodge Corporation to Seal Expert Report, having been duly considered, it is hereby ORDERED:

Plaintiff's Motion to seal Exhibits A, B and C to Climax Molybdenum Company's and Phelps Dodge Corporation's Motion to Strike Numerous Expert Reports of Molychem LLC Served more than 30 Days After the Deadline for Completion of All Expert Reports, is GRANTED.

    Dated: February 5th, 2007.    s/Richard P. Matsch

                                                    _____
                                                    Richard P. Matsch,
                                                    United States District Court Judge