IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

    Plaintiff,

v.

MOLYCHEM, LLC,

    Defendant,

v.

PHELPS DODGE CORPORATION,

Additional Party on Counterlcaim.

_____

ORDER FOR REMOVAL OF EXHIBITS
_____

  Upon consideration of Defendant Molychem's unopposed Motion to Permit Temporary Removal of ITC hearing exhibits from the Custody of the Clerk for the Purpose of Making Copies (Doc. # 195), it is

  ORDERED that the motion is granted and that the exhibits will be returned to the Clerk within 72 hours after their release.

  DATED: February 6th , 2007

            BY THE COURT:

            s/ Richard P. Matsch
            _____
            Richard P. Matsch, Senior District Judge