**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  March 15, 2007
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 02-cv-00311-RPM

| | |
|---|---|
| CLIMAX MOLYBDENUM COMPANY,<br>a Delaware Corporation, | Gregg Anderson<br>David Palmer<br>Chris Rockers |
| Plaintiff, | |
| v. | |
| MOLYCHEM, LLC., an Illinois Limited Liability Company, | Donald Trinen<br>Roman Pizarro |
| Defendant,<br>v. | |
| PHELPS DODGE CORPORATION, | David Palmer |
| Additional Party on Counterclaim. | |

_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**11:00 a.m.     Court in session.**

Court's preliminary remarks.

Mr. Trinen states Court is correct in its understanding of the claims asserted.

Mr. Anderson's response to the Motion for Dismissal of Claims Against Additional Party on Counterclaim Phelps Dodge Corporation is that dismissal be under the condition of with prejudice.

Mr. Trinen states he has no objection to dismissal with prejudice,

**ORDERED:     Defendant Molychem LLC's Motion for Dismissal of Claims Against
               Additional Party on Counterclaim Phelps Dodge Corporation, filed March 8,
               2007 [209], is granted and claims are dismissed with prejudice.**

Discussion between Court, Mr. Anderson, Mr. Palmer and Mr. Trinen regarding discovery.

March 15, 2007
02-cv-00311-RPM

**ORDERED:** **Climax Molybdenum Company's and Phelps Dodge Corporation's Motion to Strike Numerous Expert Reports of Molychem LLC Served More than 30 days After the Deadline for Completion of All Expert Reports, filed January 29, 2007 [191], is denied.**

**ORDERED:** **Climax Molybdenum Company's and Phelps Dodge Corporation's Second Motion for Extension of Time for Expert Discovery and to File Dispositive Motions and Request for Expedited Ruling Under Local Rule 7.1.C., filed February 15, 2007 [200], is denied with respect to dispositive motions and granted with respect to Expert Discovery Deadline, Expert Discovery Deadline extended to May 15, 2007.**

**ORDERED:** **Pretrial conference scheduled June 1, 2007 at 2:00 p.m.**

**11:20 a.m.     Court in recess**.

Hearing concluded.  Total time in court: 20 min.