IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

        Plaintiff,

v.

MOLYCHEM, LLC,

        Defendant,

v.

PHELPS DODGE CORPORATION,

Additional Party on Counterlcaim.

---

### ORDER FOR DISMISSAL OF PHELPS DODGE CORPORATION

Pursuant to the hearing held on March 15, 2007, it is

ORDERED that the Defendant Molychem LLC's Motion for Dismissal of Claims Against Additional Party on Counterclaim Phelps Dodge Corporation (Doc. # 209), is granted and the claims are dismissed with prejudice.

DATED: March 15th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge