IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

        Plaintiff,

v.

MOLYCHEM, LLC,

        Defendant,

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference on June 1, 2007, it is

ORDERED that this matter is set for trial to the Court on **September 24, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.   Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: June 5th, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge