IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

    Plaintiff,

v.

MOLYCHEM, LLC,

    Defendant.

## PROCEDURAL ORDER

Upon review of Climax Molybdenum Company's Motion to Set Pretrial Deadlines and Molychem's response, it is

ORDERED as follows:

1. Trial briefs as ordered on June 1, 2007 shall be filed simultaneously on August 24, 2007.

2. Counsel shall exchange objections to exhibits on or before August 3, 2007. These objections will not be filed with the court.  Disputes on objections will be heard at trial.  Demonstrative exhibits shall be exchanged by September 10, 2007.

3. Deposition designations will be exchanged August 31, 2007.  Counter designations shall be exchanged on September 7, 2007.  Climax designations will be highlighted in yellow and Molychem's designations will be highlighted in blue. Objections will be written in the margin in red ink.  The marked transcripts of depositions will be submitted to the Court on the first day of trial, September 24, 2007.

The transcripts of video depositions will be marked and submitted in the same manner. The Court does not intend to view the videos unless there are compelling reasons with respect to a particular witness. Accordingly videotapes need not be edited.

    4. Molychem's First Motion in Limine is moot.

Dated: July 27th, 2007

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge