IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

    Plaintiff,

v.

MOLYCHEM, LLC,

    Defendant.

---

## ORDER ON CONFIDENTIALITY DESIGNATIONS

---

    On May 24, 2007, defendant Molychem, LLC filed a motion to set aside document confidentiality designations for its listed trial exhibits. Climax Molybdenum Company filed a response on June 13, 2007 and Molychem replied on June 15, 2007. The protective order entered into for protection of information during discovery is not controlling with respect to the exhibits to be considered at trial. Because the trial will be conducted in a public forum, all exhibits are presumptively public and no longer subject to the confidentiality provisions in the protective order. Requests for sealing of documents at trial will be considered by the Court during trial. Counsel shall continue to respect the confidentiality markings of those exhibits before they are offered and received at trial. Because this procedure will be followed, it is

    ORDERED that Molychem's motion is denied.

    Dated: July 27th, 2007

                                                     BY THE COURT:

                                                     s/ Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge