IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

    Plaintiff,

v.

MOLYCHEM, LLC,

    Defendant.

## ORDER FOR DESIGNATION OF WITNESSES

Pursuant to the defendant's motion, filed August 17, 2007 [Doc. 234] and the plaintiff's response, filed August 22, 2007 [Doc. 235] it is

ORDERED that Climax Molybdenum Company shall file its designation of the order of witnesses it will call in its case in chief by September 7th, 2007 and the defendant Molychem, LLC will file its designation of witnesses by September 12th, 2007. The designations shall list the sequence in which the witnesses are expected to be called but the Court recognizes that some alteration of that sequence may be required for accommodation at time of trial

Dated: August 22ND, 2007

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge