**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                 October 16, 2007
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 02-cv-00311-RPM

| | |
|---|---|
| CLIMAX MOLYBDENUM COMPANY, | Gregg Anderson |
| a Delaware Corporation, | David Palmer |
| Plaintiff, | |
| v. | |
| MOLYCHEM, LLC., an Illinois Limited Liability Company, | Donald Trinen |
| | Roman Pizarro |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Trial to Court Day Nine - Closing Arguments**

**8:59 a.m.    Court in session.**

**Robert Gingue's deposition transcript relevance objections pgs. 106 to 110 are sustained.**

**ORDERED:   Climax Molybdenum Company's Supplemental Motion to Seal Subset of Sealed Exhibit, filed October 5, 2007 [254], is granted.**
            **Exhibit F-26 sealed.**

9:01 a.m.    Plaintiff's closing argument by Mr. Anderson.

**10:08 a.m.   Court in recess.**
**10:22 a.m.   Court in session.**

10:23 a.m.   Defendant's closing argument by Mr. Trinen.
10:44 a.m.   Rebuttal argument by Mr. Anderson.

**ORDERED:   Case stands submitted.**

**10:52 a.m.    Court in recess.**

Trial concluded. Total time in court: 1 hr. 53 min.