IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

    Plaintiff,

v.

MOLYCHEM, LLC,

    Defendant.

---

ORDER DENYING MOTION TO REQUIRE PRODUCTION OF ATTORNEY BILLING
STATEMENTS AND SETTING TIME FOR REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

---

On November 21, 2007, defendant Molychem, LLC, filed a motion for award of attorneys' fees and litigation expenses. The plaintiff filed its response on December 11, 2007. On December 13, 2007, Molychem filed a motion to require production of Climax's attorney billing statements and to extend the time to reply to the opposition to its motion for fees and expenses. Climax filed a response on January 2, 2008, and on January 3, 2008, Molychem withdrew its motion for disclosure of Climax's attorney service hours but requested a summary disclosure of the hourly rates charged to Climax by counsel in this case. Because this Court can and will determine the reasonableness of the fees without regard to the charges made by counsel to Climax, that request will be denied and Molychem may file its reply to the opposition to its motion. Accordingly, it is

1

ORDERED that the motion to require production of Climax's attorney billing statements, as modified on January 3, 2008, is denied. It is

FURTHER ORDERED that the time for Molychem to reply to the opposition to its motion for award of attorneys' fees and litigation expenses is extended to and including January 29, 2008.

DATED: January 15th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge