IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

      Plaintiff,

v.

MOLYCHEM, LLC,

      Defendant.

_____

ORDER GRANTING CLIMAX MOLYBDENUM COMPANY'S MOTION FOR
AUTHORIZATION TO DEPOSIT FUNDS AND SATISFACTION OF JUDGMENT AND
ORDER TO SHOW CAUSE WHY DEPOSITED FUNDS SHOULD NOT BE RELEASED
TO MOLYCHEM, LLC

_____

On April 4, 2008, the plaintiff filed a pleading designated Climax Molybdenum

Company's Motion for Authorization to Deposit Funds and Satisfaction of Judgment,

asserting that it is prepared to pay the full amount of the judgment entered against it

and in favor of Molychem, LLC, but that counsel of record for defendant Molychem,

LLC, the judgment creditor, Donald T. Trinen and Ramon L. Pizarro, were requesting to

be made payees with Molychem, LLC, on the check to be issued in payment of the

judgment. On April 1, 2008, Ramon L. Pizarro filed a Notice of Attorney's Lien

(incorrectly docketed as having been filed by Molychem, LLC). No motion for

enforcement of attorney's lien has been filed by Mr. Pizarro. It is now

      ORDERED that Climax Molybdenum Company's Motion for Authorization to

Deposit Funds is granted and that upon deposit of the full amount of the judgment, with

accrued interest, into the registry of this court, the monetary portion of the judgment of March 12, 2008, will be satisfied.  It is

FURTHER ORDERED that Molychem, LLC, Ramon Pizarro and Donald Trinen shall show cause in writing to be filed on or before May 1, 2008, why the Clerk should not disburse the deposited funds to Molychem, LLC.  It is

FURTHER ORDERED that because Molychem, LLC, and its counsel of record appear to be adverse interests in the matter of disbursement of the funds, a copy of this order shall be sent directly to William Thiede, c/o Molychem, LLC, P. O. Box 5063, Rockford, IL 61125.

DATED: April 8th, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge