IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,

> Plaintiff,

v.

MOLYCHEM, LLC,

> Defendant.

---

ORDER DENYING MOTION TO INTERVENE AND DIRECTING RESPONSE TO
MOTION FOR ENFORCEMENT OF ATTORNEY'S LIEN BY RAMON L. PIZARRO

---

This litigation was concluded by a final judgment entered on March 12, 2008.

Ramon L. Pizarro filed a Notice of Attorney's Lien on April 1, 2008.  On April 4, 2008,

Climax Molybdenum Company filed a motion for authorization to deposit funds and

satisfaction of judgment which was granted by this Court's order of April 8, 2008, which

included an order to show cause why deposited funds should not be released to

Molychem, LLC.  On April 9, 2008, Molychem, LLC, filed a motion to adjudicate

entitlement under attorney's charging lien, requesting the adjudication of the dispute

between Ramon L. Pizarro and Molychem, LLC, with respect to the amount of fees to

be paid to Ramon L. Pizarro from the funds deposited with this court.

On April 16, 2008, Ramon L. Pizarro filed a motion for enforcement of attorney's

lien and also a motion to intervene with a tendered intervenor complaint seeking

1

enforcement of the attorney's lien.  The motion to intervene is procedurally

inappropriate.  There is no pending action within the meaning of Fed.R.Civ.P. 24.  This

court has jurisdiction to adjudicate the dispute between Molychem, LLC, and Ramon L.

Pizarro as a result of the filing of the notice of attorney's lien and the motion for

enforcement of attorney's lien, as recognized by Molychem's motion to adjudicate

entitlement under attorney's charging lien.  It is therefore

ORDERED that the motion to intervene is denied and it is

FURTHER ORDERED that Molychem's motion to adjudicate entitlement under

attorney's charging lien is granted and it is

FURTHER ORDERED that Molychem, LLC, may have to and including April 28,

2008, within which to file any response to the motion for enforcement of attorney's lien.

DATED: April 17th, 2008

BY THE COURT:

s/ Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge