**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-00311-RPM

CLIMAX MOLYBDENUM COMPANY,
a Delaware Corporation,

    Plaintiff,

v.

MOLYCHEM, LLC., an Illinois Limited Liability Company,

    Defendant.

_____

**ORDER REGARDING RETURN OF TRIAL EXHIBITS AND DEPOSITIONS**
_____

    After review of the record and Judgment being entered on March 12, 2008 [284], it is

    ORDERED that counsel for the respective parties shall contact the Court's courtroom deputy at (303) 335-2112 to make arrangements for the return of all trial exhibits and depositions retained at the conclusion of the trial on October 16, 2007 and stored at the Clerk's Office, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado 80294.

    DATED at Denver, Colorado this 28th day of April, 2008.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Judge
    United States District Court