NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1386

CLIMAX MOLYBDENUM COMPANY,

Plaintiff,

v.

MOLYCHEM, LLC,

Defendant-Appellee,

v.

RAMON L. PIZARRO,

Defendant-Appellant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2009

GREGORY C. LANGHAM
CLERK

Appeal from the United States District Court for the District of Colorado in case no. 02-CV-00311, Senior Judge Richard P. Matsch.

ON MOTION

Before LOURIE, CLEVENGER and LINN, Circuit Judges.

ORDER

Molychem, LLC submits a letter which the court treats as a motion to allow the filing of its Bill of Costs pursuant to Fed. R. App. P. 39(d). In the letter dated January 21, 2009, Molychem states that the bill of costs was erroneously appended to its motion for an award of attorney fees.

Upon consideration thereof,

IT IS ORDERED THAT:

Molychem's costs are allowed. Following the issuance of the mandate of the court on December 29, 2008, costs in the amount of $72.00 were finally determined and taxed in this matter. Costs are taxed with the request that it be added to the mandate in accordance with Fed. R. App. P. 39(d).

FOR THE COURT

/s/ Jan Horbaly

JAN 2 6 2009
Date

Jan Horbaly
Clerk

cc: Ramon L. Pizarro, Esq.
Donald T. Trinen, Esq.
Clerk, U.S. District Court/CO

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2009

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By_____ Date: JAN 26, 2009

2008-1386                               2

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 2008-1386    Caption: Climax Molybdenum Co. v. Molychem, LLC v. Ramon Pizarro

The Clerk is requested to tax the following costs against:

| ITEM | Number of copies | Number of pages | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | 6.00 | $ 6.00 | 6.00 |
| Table of Designated Materials (original) | xxxxx | xxxxx | 0.08 | | |
| Table of Compilation of Designated Materials (copying and collating) | | | | | |
| Brief (original) | xxxxx | xxxxx | 6.00 | 6.00 | 6.00 |
| Brief (cover and binding) | | xxxxx | 2.00 | 2.00 | 2.00 |
| Brief (copying and collating) | 14 | 50 | 0.08 | 56.00 | 56.00 |
| Appendix (original - table of contents) | xxxxx | | 6.00 | 6.00 | 6.00 |
| Appendix (covers and binding) | | xxxxx | 2.00 | 2.00 | 2.00 |
| Appendix (copying and collating) | | | 0.08 | | |
| Reply Brief (original) | xxxxx | | 6.00 | | |
| Reply Brief (covers and binding) | | xxxxx | 2.00 | | |
| Reply Brief (copying and collating) | | | 0.08 | | |
| Other (describe): | | | | | |
| GRAND TOTALS | | | | 72.00 | 72.00 final |

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
DEC 22 2008
JAN HORBALY
CLERK

RECEIVED
United States Court of Appeals
For The Federal Circuit
DEC 22 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: [signature]    Date: Jan 26, 2009

City/County of Denver    District/State of Colorado    ) SS

I, Donald T. Trinen, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature]    Date: 12-18-2008    Attorney for: Defendant-Appellee Molychem, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December 2008 the undersigned filed the foregoing **BILL OF COSTS** with the Clerk of Court by Federal Express, which has also be served by Federal Express and email to Mr. Pizarro at the following address and e-mail:

Ramon L. Pizarro, Esq.
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
E-mail: pizarro@4dv.net

Molychem Pizarro Appeal Mot for Atty fees 12-17-08